UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONTEMAYOR,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M. S. EVANS, Warden,<br><br>　　　　　Respondent.<br>_____/ | 1:08-cv-00981 OWW DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

　　　　IT IS SO ORDERED.

　　　　**Dated:   August 12, 2008**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE